**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

ALBERTO DE JESUS BAEZ, SR.,

Plaintiff,

v.

FEDERAL EXPRESS CORPORATION, successor by merger to FEDEX GROUND PACKAGE SYSTEM, INC.,

Defendant.

No. 1:26-cv-10626-ADB

## JOINT STATUS REPORT

Plaintiff and Defendant Federal Express Corporation ("FedEx") (together, "the Parties") respectfully submit this Joint Status Report:

1. On August 31, 2026, the Parties engaged in mediation in a number of cases, including this one. Unfortunately, this mediation was unsuccessful and settlement negotiations were discontinued shortly thereafter.

2. Accordingly, the Parties respectfully request that the stay issued by the Court on July 17, 2026, be lifted, and that the case move forward.

Dated: September 30, 2026

Respectfully submitted,

*/s/ Shannon Liss-Riordan*
Shannon Liss-Riordan (BBO #640716)
Trevor Byrne (BBO #712898)
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, Massachusetts 02116
(617) 994-5800
sliss@llrlaw.com
tbyrne@llrlaw.com

*Attorneys for Plaintiff*

*/s/ James P. Angelo*
James P. Angelo (*pro hac vice*)
Michael A. Siedband (BBO #676888)
Joseph P. McHugh (*pro hac vice*)
John C. Snyder (*pro hac vice*)
Federal Express Corporation
1000 FedEx Drive
Moon Township, PA 15108
Telephone: 412.859.2073
james.angelo@fedex.com
michael.siedband@fedex.com
joseph.mchugh@fedex.com
john.c.snyder@fedex.com

Jessica G. Scott (*pro hac vice*)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone: 303.244.1800
Facsimile: 303.244.1879
scott@wtotrial.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2026, I caused a true and correct copy of the foregoing to be filed with the Court's CM/ECF system, which constitutes service on Defendant, whose counsel are registered participants on that system.

*/s/ Shannon Liss-Riordan*
Shannon Liss-Riordan